No. 94–1004. WHITE v. RUBIN, SECRETARY OF THE TREASURY. C. A. 7th Cir. Certiorari denied.

No. 94–1075. BRUNSWICK CORP. v. BRITISH SEAGULL · LTD. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–1134. DEHAINAUT, AS WIDOW AND REPRESENTATIVE OF DEHAINAUT, DECEASED, ET AL. v. PENA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1154. GRYBOS ET AL. v. DEPARTMENT OF STATE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1173. CALIFORNIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 94–1213. NEW YORK ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1208. SUMMERFIELD v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 94–1333. NAEGELE v. FIRST AMERICAN TITLE INSURANCE Co. C. A. 9th Cir. Certiorari denied.

No. 94–1346. EICHELBERGER ET AL. v. SMITH, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1347. IPARRAGUIRRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1350. AREA BELLE CHASSE COMMUNITY RADIO v. BELLE CHASSE BROADCASTING CORP. ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 94–1352. HENNESSEY ET AL. v. BLALACK ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1360. SIPCO, INC., ET AL. v. JENSEN ET AL. C. A. 8th Cir. Certiorari denied.